FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

In re **Barbrial Watson**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Barbrial Watson** | S.S.# **xxx-xx-7521** |
| | (W) | S.S.# |
| ADDRESS: | **3183 Mountain Terrace** | |
| | **Memphis, TN 38127** | |

PLAN PAYMENT: Debtor(s) to pay $ **842.00**   (weekly, every two weeks, semi-monthly, monthly)
PAYROLL DEDUCTION:   OR ( **X** ) DIRECT PAY

BECAUSE:
FIRST PAYMENT DATE:

PLACE OF EMPLOYMENT: **Penske Logistics**

ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

**MONTHLY PLAN PMT.**

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).
**Home Loan Investment Bank**   Ongoing pmt. Begin                                         $ **CURRENT**
Approx. arrearage **0.00**   Interest **0.00** %   $ **0.00**

SECURED CREDITORS;           VALUE           RATE OF           MONTHLY
(retain lien 11 U.S.C. Sec. 1325{a}{5})   COLLATERAL   INTEREST   PLAN PMT.

| | | | | |
|---|---|---|---|---|
| **Autopay Services** | $ **3,469.10** | **5.25** % | $ | **125.00** |
| **City of Memphis Treasurer** | $ **0.00** | **12.00** % | $ | **41.00** |
| **Shelby County Trustee** | $ **0.00** | **12.00** % | $ | **281.00** |

UNSECURED CREDITORS:  Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Pay **21** % of these claims after above claims are paid or pay all disposable income for term of plan;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$140,897.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:
*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **Michael W. Mitchell 13350**
**Gentry, Arnold & Mitchell, PLLC**
**5100 Poplar Avenue, Suite 2008**
**Memphis, TN 38137-2008**
**(901) 591-8800 Fax:(888) 492-4905**